**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KENNETH KUBAN**                                                                                                   **PETITIONER**
Reg # 17261-084

v.                              Case No. 2:15-cv-00033-KGB-BD

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 2). Petitioner Kenneth Kuban has filed no objections, and the time to do so has now passed. After carefully reviewing the Recommended Disposition, the Court approves and adopts in its entirety the Recommended Disposition as this Court's findings in all respects. Therefore, the Court dismisses without prejudice Mr. Kuban's petition for writ of *habeas corpus* (Dkt. No. 1).

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge