**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**KENNETH KUBAN**                                                                        **PETITIONER**
**Reg # 17261-084**

**v.**                                        **Case No. 2:15-cv-00033-KGB-BD**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without

prejudice this case.

SO ADJUDGED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge